UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIONTE JEROME JOHNSON,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:15-cr-00185-JTN-3

**ORDER**

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Dionte Johnson's detention on three bases: (1) that he poses a serious risk of flight, 18 U.S.C. § 3142(f)(2)(A); (2) that he poses a danger to the community, 18 U.S.C. § 3142(f)(1); and (3) that there is a serious risk that he will attempt to obstruct justice, or to threaten, injure, or intimidate a prospective witness, 18 U.S.C. § 3142(f)(2)(B). The Court conducted an evidentiary hearing today at which defendant was represented by counsel.

For the reasons stated on the record, the Court finds that the government failed to meet its burden of proving that defendant Johnson is a serious flight risk, but that the government has proven by clear and convincing evidence that he poses a danger to the community and that he poses a serious risk of obstructing justice and threatening, injuring, and intimidating a prospective witness. The Court also finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community or that the obstructive and intimidating conduct will not continue. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 25th day of November, 2015.

      /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge